UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

ONDREA BETH SHAVER )
)
V. ) NO. 2:12-CV-73
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security )

## AMENDED REPORT AND RECOMMENDATION

In the report and recommendation [Doc. 23] entered with regard to the plaintiff's motion for attorney's fees, the Court inadvertently used the word "costs" instead of "expenses," when approving the plaintiff's request for $17.85 in expenses. The report and recommendation is AMENDED to recommend that the plaintiff be awarded EAJA fees in the amount of $1,925.00 and **expenses** in the amount of $17.85.[1]

                                                             Respectfully submitted:

                                                         s/ Dennis H. Inman
                                                United States Magistrate Judge

---

[1] Any objections to this report and recommendation must be filed within fourteen (14) days of its service or further appeal will be waived. 28 U.S.C. 636(b)(1).