UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| ONDREA BETH SHAVER | ) | |
| | ) | |
| v. | ) | NO.2:12-CV-73 |
| | ) | |
| CAROLYN W. COLVIN | ) | |
| Commissioner of Social Security | ) | |

**O R D E R**

This matter is before the Court to consider the Report and Recommendation and the Amended Report and Recommendation of the United States Magistrate Judge in regard to the motion for attorney's fees and expenses filed by plaintiff's counsel Harry J. Smith, Esq. The government filed a response to this motion indicating that the government does not oppose the motion. [Doc. 22].

After careful consideration of the Report and Recommendation and the Amended Report and Recommendation of the United States Magistrate Judge, [Docs. 23 and 24], it is hereby **ORDERED** that the Report and Recommendation and the Amended Report and Recommendation are **ADOPTED** and **APPROVED**, and that the plaintiff's motion for an attorney fee under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d)(1)(A) is **GRANTED**. [Doc. 19]. Accordingly, a sum of $1,925.00 in EAJA fees plus expenses in the amount of $17.85 is awarded to plaintiff's counsel, Harry J. Smith, Esq.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE